The People of the State of Illinois, Plaintiff-Appellee, v. James Jackson, Defendant-Appellant.

(No. 59570; ▬▬▬▬▬▬▬

First District (2nd Division)—August 6, 1974.

▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

PER CURIAM.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

James J. Doherty, Public Defender, of Chicago (Daniel Miranda, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Alan L. Fulkerson, Assistant State's Attorneys, of counsel), for the People.

▬▬▬▬▬▬▬

The People of the State of Illinois, Plaintiff-Appellee, v. Willie Jones, Defendant-Appellant.

(No. 59102; ▬▬▬▬▬▬▬

First District (5th Division)—August 9, 1974.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬